# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS

**KAREEM THOMAS,**

    Petitioner,

**v.**                      **CIVIL ACTION NO. 2:11-CV-57**
                                    **(BAILEY)**

**KUMA J. DEBOO,**

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before the Court for consideration of the Report and Recommendation of United States Magistrate Judge David J. Joel [Doc. 18]. By Standing Order, entered on March 24, 2000, this action was referred to Magistrate Judge Joel for submission of a proposed report and recommendation ("R&R"). Magistrate Judge Joel filed his R&R on February 9, 2012. In that filing, the magistrate judge recommends that this Court grant Deboo's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [Doc. 11] and accordingly deny and dismiss with prejudice Thomas' § 2241 Petition [Doc. 1].

Pursuant to 28 U.S.C. § 636(b)(1)(c), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. ***Thomas v. Arn***, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections constitutes a waiver of *de novo*

1

review and the petitioner's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); **United States v. Schronce**, 727 F.2d 91, 94 (4th Cir. 1984). After an extension, objections to Magistrate Judge Joel's R&R were due by March 27, 2012 [Doc. 21]. To date, no objections have been filed. Accordingly, this Court will review the R&R for clear error.

Upon careful review of the record, it is the opinion of this Court that the magistrate judge's Report and Recommendation **[Doc. 18]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated therein. Accordingly, Deboo's Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment **[Doc. 11]** is hereby **GRANTED** and consequently Thomas' § 2241 Petition **[Doc. 1]** is hereby **DENIED** and **DISMISSED WITH PREJUDICE**. This Court **DIRECTS** the Clerk to enter judgment in favor of Deboo and strike this case from the active docket of this Court.

As a final matter, upon an independent review of the record, this Court hereby **DENIES** a certificate of appealability, finding that Thomas has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record and to mail a copy to the *pro se* petitioner.

**DATED**: April 2, 2012.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

2